UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3446 CAS (MANx) | Date | January 8, 2013 |
|---|---|---|---|
| Title | UNITED STATES SMALL BUSINESS ADMINISTRATION V. GKM VENTURE PARTNERS, L.P., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): PLAINTIFF'S APPLICATION FOR A DEFAULT JUDGMENT AGAINST DEFENDANT NOLING FAMILY TRUST (Docket #158, filed December 7, 2012)

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW STERGIADES (Docket #154, filed December 6, 2012)

Plaintiff filed the instant action in this Court on April 20, 2012. Plaintiff's complaint asserts twenty-one claims for breach of contract against several defendants.

On December 6, 2012 and December 7, 2012, plaintiff applied for default judgment against defendant Andrew Stergiades and defendant Noling Family Trust, respectively. Against Noling Family Trust, plaintiff requests the sum of: (1) $58,878 for breach of contract, (2) prejudgment interest of $17,094, and (3) attorneys' fees of $4,638.88. Against Andrew Stergiades, plaintiff requests the sum of: (1) $117,755.00 for breach of contract, (2) prejudgment interest of $13,111.56, and (3) attorneys' fees of $6,638.84.

Plaintiff's applications were scheduled to be heard on January 7, 2013. Plaintiff's counsel did not appear for the hearing. After reviewing plaintiff's applications, the Court finds that plaintiff has failed to justify its request for prejudgment interest in the amounts requested, and has failed to justify its request for attorneys' fees. Nonetheless, the Court finds good cause to grant plaintiff default judgment on its breach of contract claims.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3446 CAS (MANx) | Date | January 8, 2013 |
|---|---|---|---|
| Title | UNITED STATES SMALL BUSINESS ADMINISTRATION V. GKM VENTURE PARTNERS, L.P., ET AL. | | |

      Consequently, plaintiff's application for default judgment is GRANTED IN PART and DENIED IN PART. Additionally, the Court makes the following orders:

- <u>DEFENDANT NOLING FAMILY TRUST</u>: It is hereby ORDERED that judgment be entered in favor of plaintiff against defendant Noling Family Trust in the amount of $58,878.00, plus post-judgment interest that accrues at 2% plus prime on the outstanding amount pursuant to the limited partnership agreement referenced in the complaint. <u>See</u> Amended Partnership Agreement, § 5.14.

- <u>DEFENDANT ANDREW STERGIADES</u>: It is hereby ORDERED that judgment be entered in favor of plaintiff against defendant Andrew Stergiades in the amount of $117,755.00, plus post-judgment interest that accrues at 2% plus prime on the outstanding amount pursuant to the limited partnership agreement referenced in the complaint. <u>See</u> Amended Partnership Agreement, § 5.14.

- It is further ordered that the Court will retain jurisdiction over this action to enforce the terms of this judgment.

      IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| 00Initials of Preparer | CMJ |