```
FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

1  T. Scott Tate (Bar No. 118427)
       state@schnader.com
2  Gregory C. Nuti (Bar No. 151754)
       gnuti@schnader.com
3  Melissa S. Lor (Bar No. 245515)
       mlor@schnader.com
4  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
5  San Francisco, CA 94104-5501
   Telephone: 415-364-6700
6  Facsimile: 415-364-6785

7  Arlene M. Embrey (Fl Bar No. 125539)
       arlene.embrey@sba.gov
8  Trial Attorney, Office of General Counsel
   U.S. Small Business Administration
9  409 3rd Street, S.W.
   Washington, D.C. 20416
10 Telephone (202) 205-6976
   Facsimile (202) 481-0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for GKM SBIC, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR GKM SBIC, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>GKM VENTURE PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP, *et al.*,<br><br>Defendants. | Case No.: CV 12-03446 CAS (MANx)<br><br>**JUDGMENT AGAINST DEFENDANT APEX INVESTMENT FUND, LTD.** |

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

JUDGMENT

PHDATA 4128538_1

The Court having reviewed the Application for Default Judgment by Court Against Defendant Apex Investment Fund, Ltd. ("Defendant"), filed by plaintiff United States Small Business Administration in its capacity as Receiver for GKM SBIC, L.P. ("Plaintiff" or "Receiver"); and for good cause shown;

1. **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be and the same is hereby entered in favor of Plaintiff and against Defendant in the principal amount of $13,395.00, plus pre-judgment interest of $753.00, ~~plus reasonable attorneys' fees of $2,991.80~~, for a total amount of ~~$17,139.80~~ $14,148, plus post-judgment interest that continues to accrue at 2% plus prime on the outstanding amount pursuant to the limited partnership agreement referenced in the Complaint.

2. **IT IS FURTHER ORDERED** that this Court will retain jurisdiction over this action to enforce the terms of this Judgment.

Dated: 4/8/13

_Christina A. Snyder_
**UNITED STATES DISTRICT COURT JUDGE**