T. Scott Tate (Bar No. 118427)
  state@schnader.com
Gregory C. Nuti (Bar No. 151754)
  gnuti@schnader.com
Melissa S. Lor (Bar No. 245515)
  mlor@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
  arlene.embrey@sba.gov
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C.  20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business
Administration in its capacity as
Receiver for GKM SBIC, L.P.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR GKM SBIC, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> GKM VENTURE PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Case No.: CV 12-03446 CAS (MANx) <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL OF CASE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii) & 66]** |

# **ORDER**

Plaintiff, the UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER ("Receiver" or "Plaintiff") for GKM SBIC, L.P., and defendant GKM VENTURE PARTNERS, L.P. ( "GKM VP"), having filed their Stipulation of Dismissal of Case (the "Stipulation"); the Court having read and considered the Stipulation; and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS FURTHER ORDERED that the above-captioned case is dismissed with prejudice to the claims and defenses asserted therein.

The clerk shall close this file.

Dated: August 21, 2013

_____
United States District Judge

- 1 -