T. Scott Tate (Bar No. 118427)
  state@schnader.com
Gregory C. Nuti (Bar No. 151754)
  gnuti@schnader.com
Melissa S. Lor (Bar No. 245515)
  mlor@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
  arlene.embrey@sba.gov
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C.  20416
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business
Administration in its capacity as
Receiver for GKM SBIC, L.P.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR GKM SBIC, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> GKM VENTURE PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP, *et al.*, <br><br> Defendants. | Case No.: CV 12-03446 CAS (MANx) <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL OF CASE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii) & 66]** |

# ORDER

Plaintiff, the UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER ("Receiver" or "Plaintiff") for GKM SBIC, L.P., and defendant GKM VENTURE PARTNERS, L.P. ("GKM VP"), having filed their Stipulation of Dismissal of Case (the "Stipulation"); the Court having read and considered the Stipulation; and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS FURTHER ORDERED that the above-captioned case is dismissed with prejudice to the claims and defenses asserted therein.

The clerk shall close this file.

Dated: August 21, 2013

*Christina A. Snyder*

United States District Judge

- 1 -